IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

THOMAS E. CARLSON,

    Plaintiff,

VS.                                        No. 05-1025-T

CARROLL COUNTY et al.,

    Defendants.

## ORDER OF RECUSAL AND REASSIGNMENT

The undersigned hereby recuses himself from this action. This case is reassigned to the Honorable J. Daniel Breen for further proceedings. The clerk will change the initial on the docket number to ensure that Judge Breen will receive all filings.

IT IS SO ORDERED.

*James D. Todd*
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

12 December 2005
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on  12-14-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 1:05-CV-01025 was distributed by fax, mail, or direct printing on December 14, 2005 to the parties listed.

---

Thomas Eugene Carlson
WTSP Site 3
#246745
P.O. Box 1150
Henning, TN 38041--115

Honorable J. Breen
US DISTRICT COURT